

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RICHARD SIMONEAUX                                                                                PLAINTIFF

v.                                              CIVIL ACTION NO. 1:13-cv-531-MTP

CHRISTOPHER EPPS, ET AL.                                   DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on Defendants' Motion for Summary Judgment [60] and a decision having been duly rendered by separate Opinion and Order [75],

IT IS ORDERED AND ADJUDGED:

That this action is DISMISSED with prejudice.

This, the __13__ day of March, 2015.

_____
Michael T. Parker
United States Magistrate Judge